IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LISA ANN ROBINSON FIERRO )
) No. 3-09-1220
v. )
)
KEVIN LEMAR BROOME; and SHOE )
SHOW, INC. )

O R D E R

Pursuant to the order entered June 17, 2010 (Docket Entry No. 11), counsel for the parties called the Court on July 20, 2010, at which time the following matters were addressed:

1. The plaintiff has made a settlement demand, which will be forwarded to defendants' counsel. However, the parties agreed that it did not appear that settlement was likely nor that ADR would be productive at this stage of the proceedings.

2. The plaintiff's deposition is scheduled on July 22, 2010.

3. Plaintiff's counsel requested an extension of the June 9, 2010, deadline for serving expert disclosures to disclose a former FBI agent as an expert. Counsel for defendant Shoe Show indicated that he wanted to consult with his client about whether he would object to the plaintiff's requested extension either on the basis of lack of timeliness and/or on the basis that any opinions of the proposed expert would not be relevant to the claims in this case.

The plaintiff may file a motion for extension of time, to which the defendants shall have an opportunity to respond.

If the parties want to address the potential for settlement, propriety of ADR, or any other issues with the Court, counsel can schedule a telephone conference call with the Court at any appropriate point in the case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge